IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; and CENTER FOR BIOLOGICAL DIVERSITY )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KEN SALAZAR, Secretary of the Interior; DAN ASHE, U.S. Fish and Wildlife Service Director; and UNITED STATES FISH AND WILDLIFE SERVICE, )<br><br>Defendants. ) | Case No. 1:12-cv-01833-ABJ |

**[PROPOSED] ORDER GRANTING THE HUMANE SOCIETY OF THE UNITED STATES' AND THE FUND FOR ANIMALS' UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN OPPOSITION TO FEDERAL DEFENDANTS' MOTIONTO TRANSFER VENUE TO THE DISTRICT OF WYOMING**

Upon consideration of the Humane Society of the United States' and the Fund for Animals' Unopposed Motion for Leave to File an *Amicus Curiae* Brief in Opposition to Federal Defendants' Motion to Transfer Venue to the District of Wyoming, it is hereby

ORDERED that the Humane Society of the United States' and the Fund for Animals' Motion is GRANTED and that the Proposed *Amicus Curiae* Brief in Opposition to Federal Defendants' Motion to Transfer Venue to the District of Wyoming is hereby deemed filed with this Court.

1

2

Dated: _____          _____
                                      U.S. District Court Judge